**Katherine Joanne DAEE, Respondent,**

v.

**Mehdi DAEE, Appellant.**

**No. WD 36607.**

Missouri Court of Appeals,
Western District.

Dec. 17, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 28, 1986.

Peter J. Koppe, Kansas City, for appellant.

John M. Krebbs, Liberty, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ., concur.

PER CURIAM:

Appeal from an order denying appellant's request to reduce child support payments. Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Willie CRENSHAW, Appellant.**

**No. 50010.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 24, 1985.

Motion for Rehearing and/or Transfer Denied Jan. 21, 1986.

Application to Transfer Denied Feb. 18, 1986.

John Putzel, Office of the Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, in violation of § 569.-020, RSMo 1978.

The judgment is affirmed. Rule 84.16(b).